1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT
8                        CENTRAL DISTRICT OF CALIFORNIA
9
10   ABDUL QUBADI,                          No. 2:17-cv-06286-AB (MRW)
11           Plaintiff,
12        v.
13   JOSEPH M. HACKBARTH, Field            [~~Proposed~~] **Order**
     Office Director, U.S. Citizenship and
14   Immigration Services, San Fernando
     Field Valley Office,
15           Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the parties' Joint Brief Responding to Order Setting Bench Trial, and for good cause shown, the Court HEREBY ORDERS THE FOLLOWING:

The order setting a bench trial, ECF No. 31, is vacated. This case will be resolved through cross motions for summary judgment to be filed by August 3, 2018; opposition memoranda to summary judgment to be filed by August 17, 2018; and reply memoranda to be filed by August 24, 2018. A motion hearing is set for September 28, 2018, at 10:00 am.

DATED:  June 26, 2018

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE