# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ABDUL QUDABI, | CV 17-06286 TJH (MRWx) |
| Plaintiff, | |
| v. | Order |
| JOSEPH M. HACKBARTH, | |
| Defendant. | |

The Court has received the joint status report and proposed case management report.

The parties shall file cross motions for summary judgment on December 3, 2018, on the issue of whether Plaintiff Abdul Qudabi was an enemy combatant. Opposition briefs shall be filed by January 7, 2019. Reply briefs shall be filed by February 4, 2019. The matter will, then, stand submitted without oral argument.

It is so Ordered.

Date: October 3, 2018

_____
Terry J. Hatter, Jr.
Senior United States District Judge