UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL QUBADI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH M. HACKBARTH, Field Office Director, U.S. Citizenship and Immigration Services, San Fernando Valley Field Office,<br><br>　　　　Defendant. | Case No. CV 17-6286-TJH(MRWx)<br><br>**ORDER REGARDING STIPULATION TO RESET PROPOSED BRIEFING SCHEDULE [72]** |

　　The Court APPROVES the parties' stipulation. The parties shall file their simultaneous responses to each cross-motion for summary judgment on May 1, 2020. The parties' simultaneous replies shall be due on May 13, 2020. The hearing will be reset to May 27, 2020 at 10:00 a.m. AND will be taken under submission. No one is to appear on May 27, 2020.

　　IT IS SO ORDERED.

DATED:　　April 16, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge